1
2
3
4
5
6 # UNITED STATES DISTRICT COURT
7 ## DISTRICT OF NEVADA
8
9 JOAQUIN BRUSHON HILL
10      Petitioner,                Case No. 3:16-cv-00594-HDM-VPC
11 vs.                             **ORDER**
12 TIMOTHY FILSON, et al.,
13      Respondents.
14
15      Petitioner has submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.
16 The court dismisses this action because petitioner neither paid the filing fee nor filed an application
17 to proceed in forma pauperis, including a signed financial certificate and a copy of his inmate
18 account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.  The court has
19 reviewed the petition preliminarily, and the dismissal of this action would not affect the timeliness
20 of a subsequent petition under 28 U.S.C. § 2244(d)(1), assuming that petitioner promptly
21 commences a new action with the required documents.
22      Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the
23 court will not issue a certificate of appealability.
24      IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice to
25 petitioner's commencement of a new action in which he either pays the filing fee in full or submits a
26 complete application to proceed in forma pauperis, accompanied by a signed financial certificate
27 and a statement of his inmate account.  The clerk of the court shall enter judgment accordingly and
28 close this action.

1    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2    DATED: October 31, 2016.

3

4    _____

5    HOWARD D. MCKIBBEN
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28