AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF   NEVADA

JOAQUIN BRUSHON HILL,

    Petitioner,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:16-CV-00594-HDM-VPC**

TIMOTHY FILSON, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

October 31, 2016                        **LANCE S. WILSON**
                                                        Clerk

                                                       /s/ K. Walker
                                                         Deputy Clerk